# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

HEARTLAND BANK, an Arkansas
State Bank                                                                    PLAINTIFF

v.                                        No. 4:17-cv-549-DPM

FIRST CAPITAL VICTORIA LLC;
RREAF VICTORIA LLC; FIRST
CAPITAL JOURDANTON LLC; RREAF
JOURDANTON LLC; FIRST CAPITAL
HOBBS LLC; RREAF HOBBS LLC; FIRST
CAPITAL REAL ESTATE INVESTMENTS LLC;
FIRST CAPITAL RETAIL LLC; FIRST
CAPITAL REAL ESTATE ADVISORS LP;
SUNEET SINGAL; TCA GLOBAL CREDIT
MASTER FUND LP; BRANDON "ROCKY"
KALLER; RAMESH PRASAD                                                         DEFENDANTS

## ORDER

1.  Stipulation, № 77, noted. RREAF Victoria LLC, RREAF Hobbs LLC, RREAF Jourdanton LLC, TCA Global Credit Master Fund LP, Brandon "Rocky" Kaller, and Ramesh Prasad are dismissed without prejudice. The Court directs the Clerk to update the docket. Motions, № 17, № 61, and № 64, denied without prejudice as moot.

2.  Motion to amend, № 78, granted. File the second amended complaint by 20 February 2018. Heartland Bank has dropped its fraudulent inducement and civil conspiracy claims. № 78-1. The

motion to dismiss those claims, № 67, is therefore denied without prejudice as moot.

**3.** The 23 March 2018 hearing is cancelled. There aren't any pending motions to discuss. A Final Scheduling Order will issue.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 February 2018