## MANAGING MEMBER'S CERTIFICATE

Effective as of December 30, 2015, the undersigned ("**Affiant**") hereby certifies that Affiant is the Managing Member of **FIRST CAPITAL REAL ESTATE INVESTMENTS, LLC**, a California limited liability company ("**FCREI**"), the sole member of **FIRST CAPITAL VICTORIA, LLC**, a Delaware limited liability company ("**Borrower**") and is authorized to execute and deliver this Managing Member's Certificate (the "**Certificate**"), and Affiant further certifies as follows:

1.  That I am the Managing Member of FCREI and have personal knowledge of FCREI's and Borrower's records and each of the matters specified herein.

2.  That a true, complete and correct copy of the Articles of Organization of FCREI, as of the date hereof, is attached hereto as Exhibit A and incorporated herein by reference for all purposes, and that a true, complete and correct copy of the Operating Agreement (the "FCREI Operating Agreement") of FCREI and all amendments thereto, as of the date hereof, is attached hereto as Exhibit B and incorporated herein by reference for all purposes.

3.  That FCREI is in existence and in good standing in the state of its organization, as evidenced by the certificate of existence and good standing from the Secretary of State of the State of California attached hereto as Exhibit C.

4.  That a true, complete and correct copy of the Articles of Organization of Borrower, as of the date hereof, is attached hereto as Exhibit D and incorporated herein by reference for all purposes, and that a true, complete and correct copy of the Operating Agreement (the "Borrower Operating Agreement") of Borrower and all amendments thereto, as of the date hereof, is attached hereto as Exhibit E and incorporated herein by reference for all purposes

5.  That Borrower is in existence and in good standing in the state of its organization, as evidenced by the certificate of existence and good standing from the Secretary of State of the State of Delaware attached hereto as Exhibit F.

6.  That Exhibit G attached hereto and incorporated herein by reference is a true, complete and correct restatement of certain resolutions adopted on or before the date hereof, at a regular or special meeting of the members of FCREI duly convened at which a quorum was present or by unanimous written consent of the members of FCREI, which such meeting or unanimous consent was and is in the form required by and in conformity with the Borrower's Certificate of Formation, Operating Agreement, and all applicable law (the "Resolutions"). Affiant hereby certifies that the Resolutions have been adopted in conformity with and as required by all terms and provisions of the Operating Agreement.

7.  That the following named persons are the authorized signatories of Borrower, and that the signature set out opposite the name of each such person is the genuine signature of such person, to-wit:

| Name | Signature |
|---|---|
| Suneet Singal | /s/ |

Exhibit 16

IN WITNESS WHEREOF, I have hereunto set my hand to be effective as of the date set forth in the first paragraph hereof.

**AFFIANT**:

_____
Suneet Singal, Managing Member of First Capital Real Estate Investments, LLC, a California limited liability company

STATE OF _____ §
§
COUNTY OF _____ §

    Subscribed and sworn to (or affirmed) before me on December ___, 2015, by Suneet Singal, Managing Member of First Capital Real Estate Investments, LLC, a California limited liability company, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

*See Attached 2015 CA Approved Verbiage* _____
                                                           Notary Public

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Sacramento_

Subscribed and sworn to (or affirmed) before me on this _30th_ day of _Dec_, 20_15_, by _Suneet Singal_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

THOMAS L. STEINBACH
Commission # 2069759
Notary Public - California
Sacramento County
My Comm. Expires Jun 26, 2018

(Seal)                           Signature _____

Managing Member's Certificate

## EXHIBIT A

## Articles of Organization

The Articles of Organization of FCREI follows this cover page.

## EXHIBIT B

## Operating Agreement

The Operating Agreement of FCREI follows this cover page.

MANAGING MEMBER'S CERTIFICATE *(First Capital Victoria)*
EXHIBIT B, Operating Agreement - Cover Page

## EXHIBIT C

## Certificate of Existence and Good Standing

The Certificate of Existence and Good Standing of FCREI follow this cover page.

**EXHIBIT D**

**Articles of Organization**

The Articles of Organization of Borrower follows this cover page.

MANAGING MEMBER'S CERTIFICATE *(First Capital Victoria)*
EXHIBIT D, Articles of Organization - Cover Page

**EXHIBIT E**

**Operating Agreement**

The Operating Agreement of Borrower follows this cover page.

MANAGING MEMBER'S CERTIFICATE *(First Capital Victoria)*
EXHIBIT E, Operating Agreement - Cover Page

## EXHIBIT F

## Certificate of Existence and Good Standing

The Certificate of Existence and Good Standing of Borrower follow this cover page.

## EXHIBIT G

## RESOLUTIONS OF FIRST CAPITAL REAL ESTATE INVESTMENTS, LLC

WHEREAS, **FIRST CAPITAL REAL ESTATE INVESTMENTS, LLC,** a California limited liability company ("**FCREI**") is the sole member of **FIRST CAPITAL VICTORIA, LLC,** a Delaware limited liability company ("**Borrower**"); and

WHEREAS, Borrower desires to enter into a financing arrangement with **HEARTLAND BANK,** an Arkansas state bank (the "**Lender**") for the purpose of borrowing from Lender the principal amount of $4,394,227.15 (the "**Loan**"); and

WHEREAS, the Loan will be evidenced by a Credit Agreement (Term Loan) executed by and between Borrower and Lender (the "**Credit Agreement**"), and a Promissory Note (Term Loan) in the amount of $4,394,227.15 executed by Borrower and payable to the order of Lender, and will be secured, in part, by a Security Agreement executed by Borrower for the benefit of Lender and by an Assignment of Note and Lien executed by Borrower for the benefit of Lender (such Credit Agreement, Promissory Note, Security Agreement, Assignment of Note and Lien and all other documents executed in connection therewith are hereafter collectively referred to as the "**Loan Documents**"); and

WHEREAS, the Loan Documents have been submitted to and reviewed by Borrower, pursuant to the Operating Agreement of Borrower; NOW, THEREFORE, BE IT

RESOLVED, that in the judgment of the governing authority of Borrower, the execution and delivery of the Loan Documents may reasonably be expected to benefit Borrower; and

FURTHER RESOLVED, that the form, terms and provisions of the Loan Documents, including all exhibits, schedules and attachments thereto, are hereby approved in all respects, and the execution and delivery thereof, and the performance thereunder by Borrower are hereby authorized, approved and directed; and

FURTHER RESOLVED, that the Managing Member of FCREI hereby is, authorized, empowered and directed to execute the Loan Documents on behalf of FCREI in its capacity as sole member of Borrower, with such changes in the terms and provisions thereof as he shall, in his sole discretion, deem necessary or desirable and in the best interest of Borrower, his signature being conclusive evidence that he did so deem any such changes to be necessary or desirable and in the best interest of Borrower; and

FURTHER RESOLVED, that the Managing Member of FCREI hereby is, authorized, empowered and directed to perform all acts and to do all things which he may deem necessary or desirable to cause Borrower to consummate the transactions contemplated by the Loan Documents, with such modifications, amendments or future agreements as he shall, in his sole discretion, deem necessary or desirable and in the best interest of FCREI and of Borrower, his performance of any acts for and on behalf and in the name of FCREI in its capacity as sole member of Borrower to be conclusive evidence that he did so deem such to be necessary or desirable; and

FURTHER RESOLVED, the Managing Member of FCREI hereby is, authorized and directed to cause FCREI in its capacity as sole member of Borrower to execute and deliver all

other documents, instruments and agreements, to waive any or all conditions, and to do all things necessary or helpful to carry out the purposes of the foregoing resolutions, and all acts and deeds of the Managing Member of FCREI which are consistent with the purposes and intent of the foregoing resolutions shall be, and the same hereby are, in all respects ratified, approved, confirmed and adopted as the acts and deeds of FCREI and of Borrower, as applicable, and the execution and delivery of any such documents, or the waiver of such conditions, and the doing and performance of such acts and deeds shall be conclusive evidence that he deemed such execution and delivery, such waiver or such action to be consistent with the purpose and intent of these resolutions; and

FURTHER RESOLVED, the Managing Member of FCREI hereby is, authorized and directed to cause Borrower to certify and attest any documents, instruments and agreements which he may deem necessary or appropriate to consummate the transactions contemplated by the Loan Documents, but such certification or attestation shall not be required for the validity of the particular document, instrument or agreement.