EXECUTION COPY

91-12041

# FIRST AMENDMENT TO CREDIT AGREEMENT

Among

**FIRST CAPITAL VICTORIA, LLC,**
as borrower

AND

**HEARTLAND BANK,**
as lender

Dated as of February 5, 2016

Exhibit 23

## FIRST AMENDMENT TO CREDIT AGREEMENT

This **FIRST AMENDMENT TO CREDIT AGREEMENT** (this "First Amendment"), dated as of February 5, 2016, is among **FIRST CAPITAL VICTORIA, LLC**, a Delaware limited liability company (the "Borrower"), and **HEARTLAND BANK**, an Arkansas state banking corporation (the "Bank").

### RECITALS:

A.   Pursuant to that certain Credit Agreement dated as of December 30, 2015 (the "Original Credit Agreement"), by and between Borrower, and the Bank, the failure of Borrower to make a payment within five (5) days of when due constitutes a Default (as such term is defined in the Original Credit Agreement).

B.   For administrative efficiency, Borrower has requested Bank extend the grace period before a Default occurs following the due date of a payment to ten (10) days.

C.   In consideration of the covenants and agreements contained herein, the parties hereto have mutually agreed to amend the Original Credit Agreement to extend the grace period before a Default occurs following the due date of a payment to ten (10) days.

**NOW, THEREFORE,** in consideration of the mutual covenants and promises herein contained and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto acknowledge and agree as follows:

**Section 1.   Recitals.**   The above Recitals are true and correct and are incorporated herein by reference as if set forth in full herein.

**Section 2.   Amendments to Definitions.**

(a)   Capitalized terms used in the Original Credit Agreement which are defined therein and not redefined herein shall have the respective meanings given to such terms in the Original Credit Agreement.

(b)   The following definitions contained in Section 1.1 of the Original Credit Agreement are hereby deleted in their entirety and replaced with the following:

"Agreement" means that certain Credit Agreement dated as of December 30, 2015 by and between Borrower and the Bank, as amended by this First Amendment.

**Section 3.   Amendment to Section 10.1(a).**

Section 10.1(a) of the Original Credit Agreement is hereby amended to replace in its entirety the phrase "within five (5) days of when due" with the phrase "within ten (10) days of when due".

Section 5. **Headings.** The captions, headings and arrangements used in this First Amendment are for convenience only and do not in any way affect, limit, amplify or modify the terms and provisions hereof.

Section 7. **Severability.** If any provision hereof is invalid or unenforceable in any jurisdiction, the other provisions hereof shall remain in full force and effect in such jurisdiction, and the invalidity or unenforceability of any provision hereof in any jurisdiction shall not affect the validity or enforceability of any such provision in any other jurisdiction.

Section 8. **Governing Law.** This First Amendment shall be governed by and construed in accordance with the internal laws of the State of Arkansas, without giving effect to conflict of law principles.

Section 9. **Counterparts.** This First Amendment may be executed in counterparts, each of which shall constitute an original but all taken together shall constitute one instrument.

Section 10. **Reaffirmation, Ratification and Acknowledgment.** Borrower and the Guarantor hereby (a) ratify and reaffirm all of their payment and performance obligations, contingent or otherwise, and each grant of security interest and liens in favor of the Bank under the applicable Loan Documents to which each is a party, (b) agree and acknowledge that such ratification and reaffirmation is not a condition to the continued effectiveness of such Loan Documents, and (c) agree that neither such ratification and reaffirmation, nor the Bank's solicitation of such ratification and reaffirmation, constitutes a course of dealing giving rise to any obligation or condition requiring a similar or any other ratification or reaffirmation from Borrower or such other loan parties with respect to any subsequent modifications to the Original Credit Agreement or the other Loan Documents. As modified hereby, the Original Credit Agreement is in all respects ratified and confirmed and the Original Credit Agreement, as amended, shall be read, taken and so construed as one and the same instrument. Each of the Loan Documents (including all guarantees) shall remain in full force and effect and are hereby ratified, confirmed and carried forward. Neither the execution, delivery nor the effectiveness of this First Amendment shall operate as a waiver of any right, power or remedy of Borrower, the Guarantor or the Bank, or of any default or Event of Default (whether known to the Bank), under any of the Loan Documents. This First Amendment shall constitute a "Loan Document" for purpose of the Original Credit Agreement, as amended. Nothing contained herein shall constitute a novation, release or termination of the Original Credit Agreement or any of the representations, warranties or covenants contained in the Original Credit Agreement.

Section 12. **Due Authorization.** Borrower hereby represents and warrants that the undersigned officer of Borrower has all the necessary power to bind Borrower and execute and deliver this First Amendment.

Section 13. **Effectiveness of Documents.** Borrower hereby confirms the effectiveness of all mortgages, assignments, pledges, security devices and other Loan Documents executed by Borrower in order to secure the advances and all other obligations hereunder, and the rights of the Bank with respect to each such security device or document is in all respects ratified, confirmed and carried forward with full force and effect.

Section 14.     **Effectiveness of the Guarantee.**  The Guarantor now comes and appears in this First Amendment and declares, acknowledges and stipulates that the guarantee executed and delivered by the Guarantor to the Bank in connection with the Original Credit Agreement is now and shall subsequently remain in full force and effect and said guarantee is in all respects ratified, confirmed and carried forward with full force and effect.

(Signature Page Follows)

[First Signature Page to First Amendment to Credit Agreement]

**IN WITNESS WHEREOF,** the Borrower has caused this First Amendment to Credit Agreement be executed by the Managing Member of its sole member, in multiple originals on this __ day of February, 2016.

        **BORROWER**:

        **FIRST CAPITAL VICTORIA, LLC,** a Delaware limited liability company

        By:  **FIRST CAPITAL REAL ESTATE INVESTMENTS, LLC**, a California limited liability company, its sole member

        By: _____[signature]_____
        Name: Suneet Singal
        Title:  Managing Member

[Second Signature Page to First Amendment to Credit Agreement]

**IN WITNESS WHEREOF,** HEARTLAND Bank has caused this First Amendment to Credit Agreement to be executed by its Executive Vice President, Mark Hoffpauir, in multiple originals on this __ day of February, 2016.

BANK:

**HEARTLAND BANK**

By: *[signature]*
Name: Mark Hoffpauir
Title: Executive Vice President

[Third Signature Page to First Amendment to Credit Agreement]

IN WITNESS WHEREOF, the Guarantor hereto has caused this First Amendment to Credit Amendment to be executed by the undersigned in multiple originals on this __ day of February, 2016

**GUARANTOR:**

**FIRST CAPITAL RETAIL, LLC**, a Nevada limited liability company

By: **FIRST CAPITAL REAL ESTATE INVESTMENTS, LLC**, a California limited liability company, its sole member

By: _____
Name: Suneet Singal
Title: Managing Member