IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HEARTLAND BANK, an Arkansas State Bank**                                           **PLAINTIFFS**

vs.                                  CASE NO.: 4:17-cv-00549-DPM

**FIRST CAPITAL VICTORIA, LLC;
RREAF VICTORIA, LLC; FIRST CAPITAL
JOURDANTON, LLC; RREAF JOURDANTON, LLC;
FIRST CAPITAL HOBBS, LLC; RREAF HOBBS, LLC;
FIRST CAPITAL REAL ESTATE INVESTMENT, LLC;
FIRST CAPITAL RETAIL, LLC; FIRST CAPITAL
REAL ESTATE ADVISORS, LP; SUNEET SINGAL;
TCA GLOBAL CREDIT MASTER FUND, LP;
BRANDON "ROCKY" KELLER;
and RAMESH PRASAD**                                                                   **DEFENDANTS**

### AFFIDAVIT FOR REPLEVIN

Pursuant to Arkansas Code Annotated § 18-60-810, I, Larry Bates, as President and as an authorized representative for Heartland Bank, hereby state under oath as follows:

1. I am the Chairman, President and CEO of Heartland Bank, and I am an authorized representative for Heartland Bank.

2. I understand that this Affidavit will be used to support the Verified First Amended Complaint. I am over the age of 18, believe in the solemn obligation of an oath, am competent to testify, have access to and control over the books and records kept and maintained by Heartland Bank in regard to matters described in the Verified First Amended Complaint, and have personal knowledge of the facts contained in this Affidavit.

3. The facts stated in the Verified First Amended Complaint are true to the best of my information, knowledge, and belief.

4. The Security Agreements between Heartland Bank and Defendants First Capital

EXHIBIT 30

Victoria, LLC ("FC Victoria"); First Capital Jourdanton, LLC ("FC Jourdanton"); and First Capital Hobbs, LLC ("FC Hobbs") (collectively herein "Defendants") define collateral as "all Accounts, Chattel Paper, Documents, Equipment, Fixtures, General Intangibles, Investment Property, Instruments, Inventory, Pledged Deposits, Stock Rights and Other Collateral, wherever located, in which Borrower now has or hereafter acquires any right or interest, and the proceeds, insurance proceeds and products thereof, together with all books and records, customer lists, credit files, computer files, programs, printouts and other computer materials and records related thereto."

5. Upon information and belief, Defendants are in possession or control of Heartland Bank's personal property collateral.

6. Heartland Bank is the legal owner of this collateral, which should be returned to Heartland Bank immediately.

7. Defendants' possession of the collateral is without legal right.

8. The collateral, which is being possessed and controlled wrongfully and unlawfully by Defendants, has not been taken for a tax or fine against Heartland Bank, has not been taken for any order or judgment of a court against Heartland Bank, and has not been seized under an execution or attachment against Heartland Bank or its property.

9. Heartland Bank reasonably believes that the value of the collateral is less than the debt owed by Defendants, although the actual value of the collateral cannot be determined until it is inspected and sold at a commercially reasonable sale.

10. Heartland Bank's cause of action for replevin accrued within the last three years.

11. Pursuant to Arkansas Code Annotated § 18-60-801 *et seq.*, Heartland Bank requests that this Court issue an Order of Delivery for the collateral. Heartland Bank requests

that the Court require Defendants to bear all expenses related to the maintenance, repair, delivery and return to Heartland Bank of the collateral.

12. Heartland Bank also requests its attorneys' fees and costs pursuant to Arkansas Code Annotated § 16-22-308 and Arkansas Rule of Civil Procedure 54

FURTHER AFFIANT SAYETH NOT.

By: _____
Larry Bates
Chairman, President and CEO
Heartland Bank

Date: November 22, 2017

## ACKNOWLEDGMENT

STATE OF ARKANSAS )
)ss
COUNTY OF PULASKI )

Subscribed and sworn to before me, a notary public, this 22 day of November 2017.

_____
Notary Public

My Commission Expires: 4/5/2020