## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**HEARTLAND BANK, an Arkansas State Bank**                                    **PLAINTIFF**

vs.                              **CASE NO.: 4:17-cv-00549-DPM**

**FIRST CAPITAL VICTORIA, LLC;** *et al.*                                     **DEFENDANTS**

### MOTION TO SUBSTITUTE PARTY

Simmons Bank, Trustee of the Heartland Bank Liquidating Trust U/I/D March 8, 2018, for its Motion to Substitute Party, states:

1. Heartland Bank filed this action on August 29, 2017.

2. On or about March 9, 2018, the Arkansas Bank Commissioner accepted and endorsed a Certificate of Liquidation acknowledging the voluntary liquidation of Heartland Bank. A copy of the Certificate of Liquidation is attached and incorporated as Exhibit 1 to this Motion.

3. Upon receiving the endorsed Certificate of Liquidation, Heartland Bank transferred its remaining assets to Simmons Bank, in its capacity as Trustee of the Heartland Bank Liquidating Trust U/I/D March 8, 2018, and surrendered its charter to the Arkansas State Bank Department. *See* Exhibit 1 at p. 1; *see also* Ark. Code Ann. § 23-49-119(f) ("In lieu of continuing the liquidation under the original corporate name, the institution may transfer the remaining assets to a trustee agreed upon by the stockholders by a majority vote and shall thereupon surrender its charter.").

4. Simmons Bank, in its capacity as Trustee of the Heartland Bank Liquidating Trust U/I/D March 8, 2018, is permitted to pursue Heartland Bank's claims in this action under the Arkansas Banking Code of 1997. *See Froning's, Inc. v. Johnston Feed Serv., Inc.*, 568 F.2d 108, 110 (8th Cir. 1978) ("Dissolved corporations have been allowed to maintain suits when the dissolution does not abate their authority to do so under state law."); *see also* Ark. Code Ann. §

23-49-119(d) (permitting banks to sue and be sued after receiving an endorsed Certificate of Liquidation).

5. Accordingly, Simmons Bank, in its capacity as Trustee of the Heartland Bank Liquidating Trust U/I/D March 8, 2018, moves to be substituted for Heartland Bank as the plaintiff in this action pursuant to Federal Rule of Civil Procedure 25. *See* Fed. R. Civ. P. 25(c) ("In the case of any transfer of interest, the action may be continued by or against the original party, unless the Court upon motion directs the person to whom the interest is transferred to be substituted in the action or joined with the original party.").

6. A supporting brief is not required pursuant to Local Rule 7.2(d)(4).

WHEREFORE, Simmons Bank, in its capacity as Trustee of the Heartland Bank Liquidating Trust U/I/D March 8, 2018, requests the Court enter an Order substituting it as plaintiff in the place of Heartland Bank in this matter, order the style of the action to reflect Simmons Bank, in its capacity as Trustee of the Heartland Bank Liquidating Trust U/I/D March 8, 2018, as plaintiff in place of Heartland Bank, and for all other just and proper relief to which it may be entitled.

> QUATTLEBAUM, GROOMS & TULL PLLC
> 111 Center Street, Suite 1900
> Little Rock, Arkansas 72201
> (501) 379-1700 (Telephone)
> (501) 379-3834 (Facsimile)
> cchiles@qgtlaw.com
> jprice@qgtlaw.com
> ckeller@qgtlaw.com
>
> By:/s/ Christoph Keller_____
>   E.B. Chiles IV (Ark. Bar I.D. No. 96179)
>   Joseph W. Price, II (Ark. Bar I.D. No. 2007168)
>   Christoph Keller (Ark. Bar I.D. No. 2015145)
>
> *Attorneys for Simmons Bank, in its capacity as Trustee of the Heartland Bank Liquidating Trust U/I/D March 8, 2018*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on April 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                                      /s/ Christoph Keller_____
                                                    Christoph Keller