**OFFICIALLY FILED**
WITH
ARKANSAS STATE BANK DEPARTMENT
DATE 3/9/18C7

MAR 9'18 AM 11:23 ASBD

# CERTIFICATE OF LIQUIDATION

Pursuant to the Arkansas Banking Code of 1997, the undersigned does hereby certify the following concerning the voluntary liquidation of Heartland Bank:

**FIRST:** The name of the liquidating bank is **HEARTLAND BANK**, an Arkansas state-chartered bank.

**SECOND:** As of March 8, 2018, Heartland Bank had 10,000 shares of common stock issued and outstanding, all of which were owned by Simmons Bank, and all of which were entitled to vote on matters presented to shareholders.

**THIRD:** On March 8, 2018, Simmons Bank waived notice and voted all of the outstanding shares of Heartland Bank in favor of voluntary liquidation in a lawful manner through the execution of a Memorandum of Action. No shares were voted against the merger.

**FOURTH:** All deposit liabilities of Heartland Bank are paid in full.

**FIFTH:** At the time Heartland Bank is liquidated, all of its remaining assets will be transferred to the trustee of the Heartland Bank Liquidating Trust, as agreed by Simmons Bank, and its charter will be surrendered to the Arkansas State Bank Department.

IN WITNESS WHEREOF, the duly authorized officer of Heartland Bank has set his hand this 9 day of March, 2018.

**HEARTLAND BANK**

By _____
Larry Bates, Chairman, President & CEO

\*　\*　\*

I, Candace A. Franks, Arkansas Bank Commissioner, hereby accept and endorse this Certificate of Liquidation and acknowledge the voluntary liquidation of Heartland Bank.

DATED this 9th day of March, 2018.

_____
Candace Franks, Arkansas Bank Commissioner

**Exhibit 1**