IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SIMMONS BANK, TRUSTEE OF THE
HEARTLAND BANK LIQUIDATING TRUST
U/I/D MARCH 8, 2018                                                     PLAINTIFF

v.                         No. 4:17-cv-549-DPM

FIRST CAPITAL VICTORIA LLC;
RREAF VICTORIA LLC; FIRST
CAPITAL JOURDANTON LLC; RREAF
JOURDANTON LLC; FIRST CAPITAL
HOBBS LLC; RREAF HOBBS LLC; FIRST
CAPITAL REAL ESTATE INVESTMENTS LLC;
FIRST CAPITAL RETAIL LLC; FIRST
CAPITAL REAL ESTATE ADVISORS LP;
SUNEET SINGAL; TCA GLOBAL CREDIT
MASTER FUND LP; BRANDON "ROCKY"
KALLER; and RAMESH PRASAD                                              DEFENDANTS

## JUDGMENT

1. Simmons Bank, Trustee of the Heartland Bank Liquidating Trust U/I/D March 8, 2018, shall have judgment against First Capital Victoria LLC for $5,985,241.98. This total amount includes the underlying debt of $4,420,325.61 plus $1,564,916.37 for prejudgment interest at 13% from 30 June 2016 until today.

2. Simmons Bank, Trustee of the Heartland Bank Liquidating Trust U/I/D March 8, 2018, shall have judgment against First Capital Jourdanton LLC for $6,880,964.86. This amount includes the

underlying debt of $5,081,850.54 plus $1,799,114.32 for prejudgment interest at 13% from 30 June 2016 until today.

3. Simmons Bank, Trustee of the Heartland Bank Liquidating Trust U/I/D March 8, 2018, shall have judgment against First Capital Hobbs LLC for $8,027,364.61. This amount includes the underlying debt of $5,928,509.74 plus $2,098,854.87 for prejudgment interest at 13% from 30 June 2016 until today.

4. Simmons Bank, Trustee of the Heartland Bank Liquidating Trust U/I/D March 8, 2018, shall have judgment against First Capital Real Estate Investments LLC for $14,908,329.47. This total amount includes the underlying debt of $11,010,360.28 plus $3,897,969.19 for prejudgment interest at 13% from 30 June 2016 until today.

5. Simmons Bank, Trustee of the Heartland Bank Liquidating Trust U/I/D March 8, 2018, shall have judgment against Suneet Singal for $20,893,571.45. This total amount includes the underlying debt of $15,430,685.89 plus $5,462,885.56 for prejudgment interest at 13% from 30 June 2016 until today.

6. All claims against First Capital Retail LLC, RREAF Victoria LLC, RREAF Jourdanton LLC, RREAF Hobbs LLC, First Capital Real Estate Advisors LP, TCA Global Credit Master Fund LP, Brandon "Rocky" Kaller, and Ramesh Prasad are dismissed without prejudice. Counts III and IV of the second amended complaint are dismissed without prejudice.

7. Simmons Bank, Trustee of the Heartland Bank Liquidating Trust U/I/D March 8, 2018, is entitled to seek allowable costs by motion due by 5 April 2019.

8. The amounts awarded in the Judgment shall bear post-judgment interest at 2.52% per annum until paid in full.

*signature*
D.P. Marshall Jr.
United States District Judge

21 March 2019