# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1806

Simmons Bank, Trustee of the Heartland Bank Liquidating Trust U/I/D March 8, 2018 (originally named as Heartland Bank"

Appellee

v.

First Capital Victoria, LLC

Appellant

RREAF Victoria, LLC

First Capital Jourdanton, LLC

Appellant

RREAF Jourdanton, LLC

First Capital Hobbs, LLC

Appellant

RREAF Hobbs, LLC

First Capital Real Estate Investments LLC, et al.

Appellants

TCA Global Credit Master Fund, LP, et al.

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:17-cv-00549-DPM)
_____

## MANDATE

In accordance with the judgment of 06/21/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 21, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit



**19-1806 Simmons Bank v. First Capital Victoria, LLC, et al "Mandate Issued" (4:17-cv-00549-DPM)**

ca08ml_cmecf_Notify   to:                                                                                                       06/21/2019 11:46 AM

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 06/21/2019

| | |
|---|---|
| **Case Name:** | Simmons Bank v. First Capital Victoria, LLC, et al |
| **Case Number:** | 19-1806 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. [4800378] [19-1806] (Yvette Lisenby)

**Notice will be electronically mailed to:**

Mr. Emmett B. Chiles, IV: cchiles@qgtlaw.com, gsmith@qgtlaw.com
Mr. Thomas Christoph Keller: ckeller@qgtlaw.com
Honorable D. Price Marshall, U.S. District Judge: Price_Marshall@ared.uscourts.gov, Sherri_Black@ared.uscourts.gov, Chelsea_Wilson@ared.uscourts.gov, Caroline_Boch@ared.uscourts.gov, zach_trail@ared.uscourts.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Joseph Wayne Price, II: jprice@qgtb.com
Mr. Matthew Sarelson: msarelson@kymplaw.com, msarelson@sarelson.com


The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:**
/opt/ACECF/live/forms/YvetteLisenby_191806_4800378_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/21/2019] [FileNumber=4800378-0]
[97630e363a1b9ecb128c4967a1e64276987f67220f2626912866ab12e9fda0a95c2e6c784376ea39
b916570fb0f859e0ec95f446612eedf41a6299790d27f6d8]]

**Recipients:**
- Mr. Emmett B. Chiles, IV
- Mr. Thomas Christoph Keller
- Honorable D. Price Marshall, U.S. District Judge
- Mr. Jim McCormack, Clerk of Court
- Mr. Joseph Wayne Price, II
- Mr. Matthew Sarelson

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4800378
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6313594